UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | | |
|---|---|---|
| JOSHUA BERG, et al., | | No. C15-01359 LB |
| | Plaintiffs, | ***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| | v. | |
| LUMBER LIQUIDATORS, INC., et al., | | |
| | Defendants. | |
| _____/ | | |

On March 24, 2015, Plaintiffs Joshua Berg, et al., filed the instant action against Defendants Lumber Liquidators, Inc., et al.. Complaint, ECF No. 1.[1] After reviewing the complaint, it appears that the action concerns substantially the same parties and events involved in several actions assigned to Judge Tigar. *See*, *e.g.*, *Balero v. Lumber Liquidators, Inc.*, No. C15-01005 JST. Accordingly, pursuant to Civil Local Rule 3-12(c), the undersigned respectfully refers the above-captioned action to Judge Tigar for the purposes of determining relationship to *Balero v. Lumber Liquidators, Inc.*, No. C15-01005 JST.

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

C15-01359 LB
REFERRAL FOR RELATIONSHIP DETERMINATION

1 **IT IS SO ORDERED.**

2 Dated: March 26, 2014

3 _____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

C15-01359 LB
REFERRAL FOR RELATIONSHIP DETERMINATION

2